Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br> *Plaintiffs* <br><br> v. <br><br> CHENGSHANGPENGRUIHANXIAN, CVBFRBHHK KEWYA LIMITED, CY GOOD PARTY FAVOR, DDBANMO, FENBBGUA, FSLF PARTYDECOR, FUHUIDE, FUSTAAR, GUANDONGYANGDEBEIMEIDIANPU, GUOCONGSACKJKXJKLJKLAJFSASXCZ, HAIKOUSHIMALIANGMINGDIANZIKEJIYOUXI ANGONGSI, HEFEICOUKUANDIANZI, HUN HUN, JIAZHENG-US, JINANYANGLINMIXINDIANZISHANGMAOGON GZUOSHI, KOUGAIDIANZISHANGWU, LANSEBB, LISHIBODEDIAN, LJIYQGAN, LUOLINL, MAGIC PARTY US, MOUYIJMB, MUMIAOBALLOON, NIZHIXINDEDIANPU, NVFJH, QUJINGYONGZHENGDIANZISHANGWUYOUXI ANGONGSII, RICH PARTY, SADF232SADF2332, SHANGJIANING123, TENSHON, INC, TOY4STORY, USLEH, WANGYIXIAODIAN, WANQIANBOOO, WEJUSA, WHEN QUN PARTY INC, WISMAT-US, WUSHUAIDEDIAN, XIEWENHUIDEBEIMEIDIANPU, XINCUNJI46, XINTONGKO, YANGYIXUANDE, YMCAFZ, | MISCELLANEOUS ACTION <br> No. 23-mc-84 <br><br> [~~PROPOSED~~] <br> **ORDER TEMPORARILY SEALING FILE** <br><br> **FILED UNDER SEAL** |

| |
|---|
| YUANGUILIN, YUHUIMINDE, YUNGONGPARTY, ZHIJIANGSHIZAOWEISHANGMAOYOUXIANGONGSI, ZHONGHAO123, ZHOUXUEDE, ZHUOWEIDA, 张文-举 a/k/a ZHANG WEN-JU and 枝江市念追商贸有限公司 a/k/a ZHIJIANG NIANZHUI TRADING CO., LTD, |
| *Defendants* |

On this day, the Court considered Plaintiffs' Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiffs' Complaint and exhibits attached thereto and Plaintiffs' *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Robert Miller and Gabriela N. Nastasi and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiffs with certified copies of any orders entered in this matter while under seal.

SIGNED this **31st** day of **March**, 2023, at **3:00 p**.m.

**This Order is subject to review by the assigned district court judge and is without prejudice to the Defendants arguing that the seal should be lifted in whole or in part.**

Richard M. Berman, Part I
UNITED STATES DISTRICT JUDGE

1