Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br> *Plaintiffs* <br><br> v. <br><br> CHENGSHANGPENGRUIHANXIAN, CVBFRBHHK KEWYA LIMITED, CY GOOD PARTY FAVOR, DDBANMO, FENBBGUA, FSLF PARTYDECOR, FUHUIDE, FUSTAAR, GUANDONGYANGDEBEIMEIDIANPU, GUOCONGSACKJKXJKLJKLAJFSASXCZ, HAIKOUSHIMALIANGMINGDIANZIKEJIYOU XIANGONGSI, HEFEICOUKUANDIANZI, HUN HUN, JIAZHENG-US, JINANYANGLINMIXINDIANZISHANGMAOGO NGZUOSHI, KOUGAIDIANZISHANGWU, LANSEBB, LISHIBODEDIAN, LJIYQGAN, LUOLINL, MAGIC PARTY US, MOUYIJMB, MUMIAOBALLOON, NIZHIXINDEDIANPU, NVFJH, QUJINGYONGZHENGDIANZISHANGWUYOU XIANGONGSII, RICH PARTY, | **CIVIL ACTION No.** <br> **23-cv-2757 (JPO)** |

SADF232SADF2332, SHANGJIANING123, TENSHON, INC, TOY4STORY, USLEH, WANGYIXIAODIAN, WANQIANBOOO, WEJUSA, WHEN QUN PARTY INC, WISMAT-US, WUSHUAIDEDIAN, XIEWENHUIDEBEIMEIDIANPU, XINCUNJI46, XINTONGKO, YANGYIXUANDE, YMCAFZ, YUANGUILIN, YUHUIMINDE, YUNGONGPARTY, ZHIJIANGSHIZAOWEISHANGMAOYOUXIAN GONGSI, ZHONGHAO123, ZHOUXUEDE, ZHUOWEIDA, 张文-举 a/k/a ZHANG WEN-JU and 枝江市念追商贸有限公司 a/k/a ZHIJIANG NIANZHUI TRADING CO., LTD,

*Defendant*s

## NOTICE OF MOTION FOR DEFAULT JUDGMENT AND A PERMANENT INJUNCTION

PLEASE TAKE NOTICE THAT, that in accordance with the Court's Individual Local Rule 55.2(b) and Federal Rules of Civil Procedure 55(b)(2), Plaintiffs, by and through their undersigned counsel, move for default judgment and a permanent injunction against Defendants chengshangpengruihanxian, cvbfrbhHK KEWYA LIMITED, CY good party favor, ddbanmo, FENBBGUA, fuhuide, Fustaar, guandongyangdebeimeidianpu, GuoCongSACKJKXJKLJKLAJFSASXCZ, haikoushimaliangmingdianzikejiyouxiangongsi, hefeicoukuandianzi, HUN HUN, Jiazheng-US, jinanyanglinmixindianzishangmaogongzuoshi, kougaidianzishangwu, LANSEBB, lishibodedian, LJIYQGAN, luolinl, Magic Party US, MOUYIJMB, mumiaoballoon, nizhixindedianpu, NVFJH, qujingyongzhengdianzishangwuyouxiangongsii, Rich Party, sadf232sadf2332, shangjianing123, Tenshon, Inc, TOY4STORY, USLEh, WANGYIXIAODIAN, WANQIANBOOO, WEJUSA, When Qun Party Inc, WISMAT-US, wushuaidedian, xiewenhuidebeimeidianpu, xincunji46, XintongKo, yangyixuande, yuanguilin, yuhuiminde, YunGongParty, ZhiJiangShiZaoWeiShangMaoYouXianGongSi, zhonghao123, zhouxuede, Zhuoweida, 张文-举 a/k/a Zhang Wen-ju and 枝江市念追商贸有限公司 a/k/a Zhijiang Nianzhui Trading Co., Ltd.

Dated: September 15, 2023           Respectfully submitted,

                                              EPSTEIN DRANGEL LLP

                                              BY:    /s/ Gabriela N. Nastasi
                                                      Gabriela N. Nastasi
                                                      gnastasi@ipcounselors.com
                                                      60 East 42nd Street, Suite 1250
                                                      New York, NY 10165
                                                      Telephone:    (212) 292-5390
                                                      Facsimile:    (212) 292-5391

*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*